**IN THE UNITED STATES BANKRUPTCY COURT**
**Northern District of Ohio**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. 06-50628 |
| Marlene Hayes | } | Chapter 13 |
| | } | |
| | } | Judge: Marilyn Shea-Stonum |
| | } | |
| **Debtor(s)** | } | |

<u>**NOTICE OF CONVERSION FROM CHAPTER 13 to CHAPTER 7**</u>

      Now comes Marlene Hayes, Debtor, by and through counsel, who respectfully notifies this Court of the conversion of her case from a Chapter 13 to a Chapter 7.

Respectfully submitted,

<u>/s/Warner Mendenhall</u>
Warner Mendenhall (0070165)
Attorney for Debtor
190 N. Union St., Suite 201
Akron, OH 44304
(330) 535-9160
warnermendenhall@hotmail.com

**MEMORANDUM**

      The above-captioned Notice is filed pursuant to 11 U.S.C. Section 706, allowing Debtor to convert "at any time." This case has been previously converted from Chapter 7. The Debtor is eligible to be a Debtor under Chapter 7.

<u>/s/Warner Mendenhall</u>
Warner Mendenhall (0070165)
Attorney for Debtor
190 N. Union St., Suite 201
Akron, OH 44304
(330) 535-9160
warnermendenhall@hotmail.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on 8-24-2009 a copy of the foregoing was filed electronically. Notice of this filing will be sent to parties

who have appeared in this action by operation of the Court's electronic filing system, Parties may access this filing through the Court system. Notice

will also be sent to the following parties by regular U.S. Mail:

06-50628-mss|FIRSTMERIT BANK |III Cascade Plaza|Akron, OH 44308
06-50628-mss|JPMorgan Chase Bank NA
06-50628-mss|LVNV Funding LLC |c/o Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587
06-50628-mss|Roundup Funding, LLC |MS 550|P O Box 91121|Seattle, WA 98111-9221
06-50628-mss|WELLS FARGO BANK N.A. |P .O .Box 829009|Dallas, Tx 75382
06-50628-mss|Washington Mutual |7800 North 113th Street|Mail Stop: MWIB201|Milwaukee, WI 53224
06-50628-mss|Akron General Medical Center |C/O JOSEPH R HARRISON CO. LPA|310 N. Cleveland Massillon Rd.|Akron OH 44333
06-50628-mss|B-Line, LLC |c/o Roundup Funding, LLC|MS 550|PO Box 91121|Seattle, WA 98111-9221
06-50628-mss|Bank of America |1825 Buckeye Road|Phoenix AZ 85034
06-50628-mss|Bank of America NA (USA) |NC4-105-03-14 PO Box 26012|Greensboro, NC 27420-6012
06-50628-mss|CBUSA SEARS |pob sioux falls|Sioux Falls SD 57117
06-50628-mss|Chase |POB 901008|Fort Worth TX 76101
06-50628-mss|Discover Card |PO Box 15316|Wilmington DE 19850
06-50628-mss|Discover Card |PO Box 8003|Hilliard OH 43026
06-50628-mss|GEMB/SAMS CLUB |POB 981064|El Paso TX 79998
06-50628-mss|Home Depot |Processing Center|Des Moines IA 50364
06-50628-mss|JP Morgan Chase Bank NA |National Payment Services|PO Box 182223|Columbus, OH 43218-2223
06-50628-mss|JP Morgan Chase Bank, N.A., c/o Chase Home |Finance|Mail Code 7135|3415 Vision Drive|Columbus, Ohio 43219
06-50628-mss|LVNV Funding LLC |c/o Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587
06-50628-mss|National City Bank |LVNV Funding LLC, % Resurgent|Capital Svcs|PO Box 10587|Greenville, SC 29603-0587
06-50628-mss|National City Bank |PO Box 500 K-A16-2J|Portage, MI 49081
06-50628-mss|Porfolio Recovery Associates, LLC |P O Box 41067|Norfolk, VA 41067
06-50628-mss|THD/CBUSA |POB 6003|Hagerstown MD 21747
06-50628-mss|Target |POB 9475|Minneapolis MN 55440
06-50628-mss|Target National Bank |c/o Roundup Funding, LLC|MS 550|PO Box 91121|Seattle, WA 98111-9221
06-50628-mss|WELLS FARGO BANK N.A. |POST OFFICE BOX 829009|DALLAS,TEXAS 75382
06-50628-mss|WELLS FARGO FINANCIAL |2ND FLOOR|13675 TECHNOLOGY DR., BLDG C.|EDEN PRAIRIE, MN 55344-2252
06-50628-mss|Washington Mutual |11200 West Parkland Avenue,| Mailstop: MWIA 303|Milwaukee, Wisconsin 53224
06-50628-mss|Washington Mutual |7800 North 113 Street|Mail Stop: MWIB201|Milwaukee, WI 53224
06-50628-mss|Washington Mutual Bank |POB 1093|Northridge CA 91328
06-50628-mss|eCAST Settlement Corporation assignee of |GE Money Bank/Sam s Consumer|POB 35480|Newark NJ 07193-5480
06-50628-mss|wffinance |1 International Plaza|Philadelphia PA 19113


/s/Warner Mendenhall
Warner Mendenhall (0070165)